UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT



"Complaint"

$1.09-cv-173$

1.) <u>AZAEL DYTHIAN PERALES</u> *(Presiding Chief Counsel & Plaintiff)*
   Post Office Box 501
   Fullerton, California 92836

2.) <u>DEPARTMENT OF JUSTICE / Office Of General Counsel
   Division/ Attorney General – Mr. Eric H. Holder Jr.</u>
   950 Pennsylvania Avenue, N.W.
   Washington, D.C. 20530

3.) <u>DEPARTMENT OF JUSTICE / Office Of Inspector General
   Division/  Attorney General – Mr. Eric H. Holder, Jr.</u>
   950 Pennsylvania Avenue, N.W.
   Washington, D.C. 20530

4.) <u>DEPARTMENT OF JUSTICE / Office Of  Civil Rights Division
    Attorney General – Mr. Eric H. Holder, Jr.</u>
   950 Pennsylvania Avenue, N.W.
   Washington, D.C. 20530

5.) <u>DEPARTMENT OF JUSTICE / Office Of  Anti Trust Division /
    Attorney General – Mr. Eric H. Holder, Jr.</u>
   950 Pennsylvania Avenue, N.W.
   Washington, D.C. 20530

6.) DEPARTMENT OF JUSTICE / Office Of  Bureau Of Prisons
     Division / Attorney General – Mr. Eric H. Holder, Jr.
     950 Pennsylvania Avenue, N.W.
     Washington, D.C. 20530


7.) DEPARTMENT OF JUSTICE / Office Of  Dispute Resolutions /
     Attorney General – Mr. Eric H. Holder, Jr.
     950 Pennsylvania Avenue, N.W.
     Washington, D.C. 20530


8.) DEPARTMENT OF JUSTICE / Office Of  Racial Conflict
     Division / Attorney General – Mr. Eric H. Holder, Jr.
     950 Pennsylvania Avenue, N.W.
     Washington, D.C. 20530


9.) DEPARTMENT OF JUSTICE / Office Of  Drug Enforcement
     Division / Attorney General – Mr. Eric H. Holder, Jr.
     950 Pennsylvania Avenue, N.W.
     Washington, D.C. 20530


10.) DEPARTMENT OF JUSTICE / Office Of Environment & Natural
     Resources Division / Attorney General – Mr. Eric H. Holder, Jr.
     950 Pennsylvania Avenue, N.W.
     Washington, D.C. 20530


11.) DEPARTMENT OF JUSTICE / Executive Office Of The United
     States Attorney's Office Division /
     Attorney General – Mr. Eric H. Holder, Jr.
     950 Pennsylvania Avenue, N.W.
     Washington, D.C. 20530

12.) <u>DEPARTMENT OF JUSTICE / Executive Office For</u>
<u>Immigration Review Division /</u>
<u>Attorney General – Mr. Eric H. Holder, Jr.</u>
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530


13.) <u>DEPARTMENT OF JUSTICE / Executive Office For</u>
<u>Justice Management Division/</u>
<u>Attorney General – Mr. Eric H. Holder, Jr.</u>
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530


14.) <u>DEPARTMENT OF JUSTICE /  Executive Office For</u>
<u>United States Trustees Division</u>
<u>Attorney General – Mr. Eric H. Holder, Jr.</u>
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530


15.) <u>DEPARTMENT OF JUSTICE /  Federal Bureau Of Investigation</u>
<u>Division /Attorney General – Mr. Eric H. Holder, Jr.</u>
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530


16.) <u>DEPARTMENT OF JUSTICE / Intelligence Policy And Review</u>
<u>Division/ Attorney General – Mr. Eric H. Holder, Jr.</u>
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530


17.) <u>DEPARTMENT OF JUSTICE /  Information And Privacy</u>
<u>Division /   Attorney General – Mr. Eric H. Holder, Jr.</u>
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

18.) DEPARTMENT OF JUSTICE /  Justice Management Division /
Attorney General – Mr. Eric H. Holder, Jr.
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530


19.) DEPARTMENT OF JUSTICE /  Justice Programs Division /
Attorney General – Mr. Eric H. Holder, Jr.
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530


19.) DEPARTMENT OF JUSTICE /  Legal Counsel Division /
Attorney General – Mr. Eric H. Holder, Jr.
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530


20.) DEPARTMENT OF JUSTICE / Legislative Affairs Division/
Attorney General – Mr. Eric H. Holder, Jr.
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530


21.) DEPARTMENT OF JUSTICE / National Drug Intelligence
Center Division /
Attorney General – Mr. Eric H. Holder, Jr.
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530


22.) DEPARTMENT OF JUSTICE / Pardon Attorney Division
Attorney General – Mr. Eric H. Holder, Jr.
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

4

23.) <u>DEPARTMENT OF JUSTICE / Professional Responsibility
Division /   Attorney General – Mr. Eric H. Holder, Jr.</u>
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

24.) <u>DEPARTMENT OF JUSTICE / Tax Division
Attorney General – Mr. Eric H. Holder, Jr.</u>
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

25.) <u>DEPARTMENT OF JUSTICE / United States National
Central Bureau-Interpol Division /
Attorney General – Mr. Eric H. Holder, Jr.</u>
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

26.) <u>DEPARTMENT OF JUSTICE / United States Parole
Commission Division /
Attorney General – Mr. Eric H. Holder, Jr.</u>
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Plaintiff(s),

VS.

Docket  No.____ _____

1.) <u>Lowe's Companies, Incorporated</u>
President & Chief Executive Officer - Mr. Robert A. Niblock
Qualified Benefits Plans, PR9
Post Office Box 1111
North Wilkesboro , North Carolina 28656

2.) <u>Wal-Mart Stores, Incorporated</u>
   President  & Chief Executive Officer - Mr. Mike Duke
   702 SW 8th Street
   Bentonville , Arkansas 72716-8611


3.) <u>Sam's Club, Company- A Division of Wal-Mart, Incorporated</u>
   President & Chief Executive Officer - Mr. Brian Cornell
   608 SW 8th St.
   Bentonville , AR 72712-6097


4.) <u>MetLife Stable Value, Company</u>
   President & Chief Executive Officer - Mr. C. Robert Henrikson
   200 Park Ave.
   New York , NY 10166-0188


5.) <u>Vanguard Conservative Growth, Incorporated</u>
   President & Chief Executive Officer - Mr. F. William McNabb III
   20 Burton Hills Blvd., Ste. 100
   Nashville , TN 37215


6.) <u>Vanguard Moderate Growth, Incorporated</u>
   President & Chief Executive Officer - F. William McNabb III
   20 Burton Hills Blvd., Ste. 100
   Nashville, TN 37215


7.) <u>Vanguard Growth, Incorporated</u>
   President & Chief Executive Officer - Mr. F. William McNabb III
   20 Burton Hills Blvd., Ste. 100
   Nashville , TN 37215

8.) <u>Vanguard Institutional Index, Incorporated</u>
President & Chief Executive Officer - Mr. F. William McNabb III
20 Burton Hills Blvd., Ste. 100
Nashville , TN 37215

9.) <u>Fidelity Equity Income, Incorporated</u>
100 Crosby Parkway
Covington , KY 41015
President & Chief Executive Officer - Mr.  Edward Crosby Johnson III

10.) <u>Fidelity Magellan</u>
100 Crosby Parkway
Covington , KY 41015
President & Chief Executive Officer - Mr. Edward Crosby Johnson III

11.) <u>American Century Ultra, American Century Investments</u>
<u>Incorporated</u>
PO Box 419200
Kansas City, MO 64141-6200
President & Chief Executive Officer - Mr. Jonathan Thomas

12.) <u>American Century Value, Incorporated</u> <u>American Century</u>
<u>Investments Incorporated</u>
PO Box 419200
Kansas City, MO 64141-6200
President & Chief Executive Officer - Mr. Jonathan Thomas

13.) <u>T. Rowe Price Mid –Cap Growth, Incorporated</u>
President & Chief Executive Officer - Mr. James Kennedy
100 East Pratt Street
Baltimore, Maryland 21202


14.) <u>Franklin Bal. Sheet Inv., Franklin Resources Incorporated</u>
President & Chief Executive Officer - Mr. Gregory E. Johnson
One Franklin Parkway
San Mateo, CA 94403


15.) <u>Pioneer Growth Opportunity, Pioneer Investment Management</u>
<u>Incorporated</u>
President & Chief Executive Officer – Mr. Daniel K. (Dan)
Kingsbury

30 Dan Rd.
Canton, MA 02021-2809 &

60 State Street
Boston, MA 02109


16.) <u>American Century International, American Century Intl Growth C</u>
<u>Incorporated</u>
President & Chief Executive Officer - Mr. Jonathan Thomas
4500 Main Street
Kansas City MO 64111


17.) <u>Lowe's Stock, Incorporated</u>
President & Chief Executive Officer Mr. Robert A. Niblock
Qualified Benefits Plans, PR9
Post Office Box 1111
North Wilkesboro , North Carolina 28656

18.) <u>Administrative Office Of The United States Court</u>
Director – Mr. James C. Duff
Washington, D.C. 20544

19.) <u>United States Department Of Labor</u>
U.S. Secretary Of Labor – Ms. Hilda L. Solis
200 Constitution Avenue , N.W.
Washington, D.C. 20210

20.) <u>United States Department Of Commerce</u>
U.S. Secretary Of Commerce – Mr. Gary Locke
1401 Constitution Avenue, N.W.
Washington, D.C. 20230

21.) <u>United States Department Of Homeland Security</u>
U.S. Secretary Of Homeland Security – Ms. Janet Napolitano
Washington, D.C. 20528

22.) <u>United States Department Of The Treasury</u>
U.S. Secretary of The Treasury – Mr. Timothy F. Geithner
1500 Pennsylvania Avenue, N.W.
Washington, D. C. 20220

23.) United States House Of Representatives (Judiciary Committee)
Chairman – Mr. John Conyers, Jr.
2138 Rayburn House Office Building
Washington, D.C. 20515

24.) United States House Of Representatives (Appropriations-
Committee)
Chairman – Mr. David R. Obey
H 218 Capitol Building
Washington, D.C. 20515

9

25.) United States Senate (Judiciary Committee)
   Chairman – Mr. Patrick J. Leahy
   224 Dirksen Senate Office Building
   Washington, D.C. 20510


26.) United States Senate (Appropriations Committee)
   Chairman – Mr. Robert C. Byrd
   S 128 Capitol Building
   Washington, D.C. 20510


                                        Defendant(s),

1.) Honorable Clerk of the Court, I am asserting that the United States

2.) District Court of Vermont has jurisdiction to hear this case

3.) Because all Plaintiffs and Defendants conduct business in the State

4.) of Vermont.

1.) All named Defendant are guilty of U.S.C. Title 15 s. 2.

2.) Monopolizing trade a Felony. Each Defendant conspired with each

3.) other to monopolize the commerce in there respected organizations.

4.) As a result of there monopolization the Defendants facilitated harm

5.) to me as an individual beginning in the year 2005 to Present.

6.) As a result of there monopolization the Co-Plaintiffs were

7.) overwhelmed with civil and criminal liability on part of the actions

8.) of the States Standing Senate (Judiciary Committee),

9.) United States Senate Standing (Appropriations Committee).

10.) United States House of Representatives (Appropriations-

11.) Committee). United States House of Representatives (Judiciary

12.) Committee), United States Department of the Treasury,

13.) United States Department of Homeland Security, United States

14.) Department of Commerce, United States Department

15.) of Labor and The Administrative Office of The United States

16.) Courts. I sustained traumatic emotional, physical and mental

17.) harm because of the named Defendants misconduct

18.) and violation of U.S.C. Title 15 s. 2. From 2005

19.) to Present, I intermittently had to live without  food, clean

20.) water, freedom, shelter from the elements, the right to vote for

21.) our elected officials, intimacy, privacy, a career, happiness,

22.) respect, hope, a formal education, peace, joy, family, friends,

23.) a drivers license, an automobile, private representation,

24.) public representation, money, un-employment

25.) insurance, inspiration, the pursuit of happiness, safety, security

26.) and liberty. My mother Dorothy Clover Thomas died without

27.) my knowledge in April of 2005 while I was an indigent. I was

28.) Unable to attend her funeral. Although all named Defendants

29.) knew of her death and facilitated my current indigent status

30.) none of them offered to help me in any way or provide information

31.) of my mothers death. I was told by my cousin Juaria Shelton in

32.) December 2008 that my mother had died as an invalid in a

33.) Wheelchair in April 2005.

34.) All named Defendant are guilty of U.S.C. Title 15 s. 3.

35.) Trusts in Territories or District of Columbia illegal; combination

36.) a felony. The named Defendants contracted in combination of

37.) Trusts funds and conspired in restraint of trade and commerce

38.) of revenues between states and foreign nations from the year

39.) 2005 to Present.

40. As a result of there monopolization the Co-Plaintiffs were

41. overwhelmed with civil and criminal liability on part of the actions

42. of the United States Senate Standing (Judiciary Committee),

43. United States Senate Standing (Appropriations Committee).

44. United States House of Representatives (Appropriations-

45. Committee). United States House of Representatives (Judiciary

46. Committee), United States Department of the Treasury,

47. United States Department of Homeland Security, United States

48. Department of Commerce, United States Department

49. Of Labor and The Administrative Office of The United States

50. Courts.

51.) I sustained traumatic emotional, physical and mental harm because

52.) Of the named Defendants misconduct and violation of U.S.C. Title

53.) 15 s. 3. From 2005 to Present intermittently. I had to live without

54.) food, clean water, freedom, shelter from the elements, the right to

55.) vote for our elected officials, intimacy, privacy, a career, happiness,

56.) respect, hope, a formal education, peace, joy, family, friends,

57.) a drivers license, an automobile, public representation, private

58.) representation, money, un-employment insurance,

59.) inspiration, the pursuit of happiness, safety, security

60.) and liberty.

61.) All named Defendant are guilty of U.S.C. Title 15 s. 4.

62.) Jurisdiction of courts; duty of United States attorneys; procedure.

63.) Each Defendant conspired with each other in several District

64.) Courts of the United States to violate U.S.C. Title 15 s (1) through

65.) (7). As a result of the Defendants violation of Title 15 s. 4 the Co-

66.) Plaintiffs were overwhelmed with civil and criminal liability on

67.) Part of the actions of the United States Senate Standing

68.) (Judiciary Committee), United States Senate (Appropriations-

69.) Committee).United States House of Representatives

70.) (Appropriations Committee), United States House of

71.) Representatives (Judiciary Committee), United States Department

72.) of the Treasury, United States Department of Homeland Security,

73.) United States Department of Commerce, United States Department

74.) Of Labor and the Administrative Office of The United States

75.) Courts. I sustained traumatic emotional, physical and mental

76.) harm because ff the named Defendants misconduct

77.) and violation of U.S.C. Title 15 s. 4. From 2005 to Present,

78.) I intermittently had to live without food, clean water,

79.) freedom, shelter from the elements, the right to vote for

80.) our elected officials, intimacy, privacy, a career, happiness,

15

81.) respect, hope, a formal education, peace, joy, family, friends,

82.) a drivers license, an automobile, private representation,

83.) public representation, Money, un-employment

84.) insurance, inspiration, the pursuit of happiness, safety, security

85.) and liberty. <u>All named Defendant are guilty</u>

86.) <u>of U.S.C. Title 15 s. 8. Trust in restraint of import trade illegal;</u>

87.) <u>penalty.</u> Each Defendant conspired with each other in restraint

88.) of lawful trade or commerce , and increased the market value

89.) of several shares of commerce goods and share holders earnings

90.) and revenues unlawfully. All Defendants are guilty of conspiracy

91.) of engaged importation of goods and commodities from

92.) a foreign country in violation of this section U.S.C. Title 15 8.

93.), I sustained traumatic emotional, physical and mental

94.) harm because of the named Defendants misconduct

95.) and violation of U.S.C. Title 15 s. 8. From 2005 to Present

96.) I intermittently had to live without food, clean

97.) water, freedom, shelter from the elements, the right to vote for

98.) our elected officials, intimacy, privacy, a career, happiness,

99.) respect, hope, a formal education, peace, joy, family, friends,

100.) a drivers license, an automobile, public representation, private

101.) representation, money, un-employment insurance,

102.) inspiration, the pursuit of happiness, safety, security

103.) and liberty. As a result of the Defendants violation

104.) of U.S.C. Title 15 s 8. The Co-Plaintiffs were overwhelmed

105.) with civil and criminal liability on part of the actions

106.) of the United States Senate (Judiciary Committee),

107.) United States Senate (Appropriations Committee).

108.) United States House of Representatives (Appropriations-

109.)Committee), United States House of Representatives (Judiciary

110.) Committee), United States Department of the Treasury,

111.) United States Department of Homeland Security, United States

112.) Department of Commerce, United States Department

113.) of Labor and The Administrative Office of The United States

114.) Courts. All named Defendant are guilty of U.S.C. Title 15 s. 9.

115.) Jurisdiction of courts; duty of United States Attorneys Procedures.

116.) Each Defendant and several District Courts Conspired with each

117.) other to not restrain violations of Section U.S.C Title 15 s 9.

118.) The Attorney General was unable to institute proceedings

119.) due to the named Defendants petitions and conspiracy.

120.) All Defendants are guilty of conspiracy of engaged importation of

121.) goods and commodities from a foreign country in violation of

122.) this section, I sustained traumatic emotional, physical and mental

123.) harm because of the named Defendants misconduct and

124.) violation of U.S.C. Title 15 s. 9. From 2005 to Present

125.) I intermittently had to live without food, clean

126.) water, freedom, shelter from the elements, the right to vote for

127.) our elected officials, intimacy, privacy, a career, happiness,

128.) respect, hope, a formal education, peace, joy, family, friends,

129.) a drivers license, an automobile, private representation

130.) public representation, money, un-employment insurance

131.) inspiration, the pursuit of happiness, safety, security

132.) and liberty. As a result of the Defendants

133.) violation of U.S.C. Title 15 s 9. The Co-Plaintiffs were

134.) Overwhelmed with civil and criminal liability on part of the

135.) actions of the United States Senate (Judiciary Committee),

136.) United States Senate (Appropriations Committee).

137.) United States House of Representatives (Appropriations-

138.)Committee). United States House of Representatives (Judiciary

139.) Committee), United States Department of the Treasury,

140.) United States Department of Homeland Security, United States

141.) Department of Commerce, United States Department

142.) Of Labor and The Administrative Office of The United States

143.) Courts.

144.) All named Defendant are guilty of U.S.C. Title 15 s. 13.

145.) Discrimination in Price, service or facilities. Each

146.) Defendant conspired with each other in the unlawful practice

147.) to directly and indirectly discriminate in price between different

148.) purchasers of commodities of like grade and quality sold for

149.) consumption or resale within the United States or any Territory.

150.) The Federal Trade Commission failed after due investigations and

151.) hearings regarding the named Defendants corporations Anti Trust

152.) violations to fix and establish quantity limits and advise the same

153.) to its findings necessary, as to a particular commodities or

154.) classes of commodities, where it found that available purchasers

155.) in greater quantities are so few as to render differentials on

156.) account thereof unjustly discriminatory or pro-motive of

157.) monopoly in any line of commerce in favor of named Defendants.

151. I sustained traumatic emotional, physical and

152.) mental harm because of the named Defendants misconduct

153.) and violation of U.S.C. Title 15 s.13. From 2005 to Present I

154.) intermittently had to live without food, clean water, freedom,

155.) shelter from the elements, the right to vote for our elected

156.) officials, intimacy, privacy, a career, happiness, respect, hope, a

157.) formal education, peace, joy, family, friends, a drivers license, an

158.) automobile, public representation, private representation, money,

159.) un-employment insurance inspiration, the pursuit of happiness,

160.) safety, security and liberty.

161.) As a result of the Defendants violation of U.S.C. Title 15 s 13.

162.) The Co-Plaintiffs were overwhelmed with civil and criminal

163.) liability on part of the actions of the United States United States

164.) Senate (Judiciary Committee), United States Senate

165.) (Appropriations Committee).United States House of

166.) Representatives (Appropriations-Committee).United States House

167.) of Representatives (Judiciary Committee), United States

168.) Department of the Treasury, United States Department of

169.) Homeland Security, United States Department of Commerce,

170.) United States Department of Labor and The Administrative

171.) Office of The United States Courts.

172.) All named Defendant are guilty of U.S.C. Title 15 s. 15.

185.) (a) Suits by persons injured.

186.) Each Defendant conspired with each other in antitrust

175.) Violations outlined in U.S.C. Title 15. s 2. through 13. in this case.

173.) Each Defendant conspired against me a person who was injured

174.)in my business as a investor, and as a result, my personal  property

175.) was liquidated into charitable donations from the year 2005

176.) through 2009 due to limited personal and professional

177.) financial resources facilitated by the named Defendants

178.)Violations of U.S.C. Title 15.s 2 through 13. ; A felony.

179.) Each Defendant conspired in United States District Courts in

180.) California and District courts throughout the United States which

181.) I am classified as an agent and investor in class action suits

182.) and lead plaintiff in investigations. The named Defendants

183.) thwarted and hindered any and all recovery and damages of

184.) Three fold prescribed by law in respect to the controversy in

185.) question. As a result of the Defendants violation of U.S.C. Title

186.)15 s 15. The Co-Plaintiffs were overwhelmed with civil and

187.) criminal liability on part of the actions of the United States Senate

188.) (Judiciary Committee), United States Senate (Appropriations

189.) Committee).United States House of Representatives

190.) (Appropriations-Committee).United States House of

191.) Representatives (Judiciary Committee), United States Department

192.) of the Treasury, United States Department of Homeland Security,

193.) United States Department of Commerce, United States

194.) Department of Labor and The Administrative Office of The

195.) United States Courts.

196.) All named Defendant are guilty of U.S.C. Title 15 s. 16.

185.) Judgments (a) Prima facie evidence; collateral estoppel.

197.) Each Defendant conspired against me and the Co-Plaintiffs

198.) In final judgments rendered in United States District Courts

199.) regarding Civil and Criminal proceedings on behalf of the United

200.) States under the anti-trust laws to the effect that the Defendants

201.) had Violated said laws produces by me and the Co-Plaintiffs

202.) As prima facie evidence against said Defendants. The rulings in

203.) In United States District Courts were not consent judgments

204.) or decrees entered before me or the Co-Plaintiffs testimony

205.) and evidence which had been taken prior to the rulings.

206.) All named Defendants construed to impose limitations of

207.) Criminal and Civil proceedings of collateral estoppel.

208.) It has been me and the Co-Plaintiffs intent to stop and thwart

209.) any and all violations of anti-trust laws under U.S.C. Title 15.

210.) As a result of the ongoing violations, the Federal Trade

211.) Commission could greatly profited under section 45 of this title

212.) which could give rise to a claim of relief under the antitrust laws

213.) to the named Defendants not me and the Co-Plaintiffs who

214.) initially brought rise to the claims of antitrust violations and

215.) produced prima facie evidence against said named Defendants

216.) and corporations.

217.) I sustained traumatic emotional, physical and mental harm

218.) because of the named Defendants misconduct and violation of

219.) U.S.C. Title 15 s.16. From 2005 to Present I intermittently had to

220.) live without food, clean water, freedom, shelter from the

221.) elements, the right to vote for our elected officials, intimacy,

222.) privacy, a career, happiness, respect, hope, a formal education,

223.) peace, joy, family, friends, a drivers license, an automobile,

224.) public representation, private representation, money, un-

225.) employment insurance, inspiration, the pursuit of happiness,

226.) safety, security and liberty. As a result of the Defendants

227.) violation of U.S.C. Title 15 s 16. The Co-Plaintiffs were

228.) Overwhelmed with civil and criminal liability on part of the

229.) actions of the United States Senate (Judiciary Committee),

230.) United States Senate (Appropriations Committee).

231.) United States House of Representatives (Appropriations-

232.) Committee).United States House of Representatives (Judiciary

233.) Committee), United States Department of the Treasury,

234.) United States Department of Homeland Security, United States

235.) Department of Commerce, United States Department

236.) Of Labor and The Administrative Office of The United States

237.) Courts.

238.) All named Defendant are guilty of U.S.C. Title 29 s. 186.

239.) Restrictions on Financial Transactions;**(a)** Payment or lending, etc.

240.) **Sections (3)**

241.) Each Defendant conspired with each other affecting commerce

242.) In excess of their normal compensation for the purpose of causing

242.) direct and indirect influence upon commerce. The named

242.) Defendants influenced several labor organizations which I was

243.) Directly and indirectly a member of and affiliated with

244.) between the year 2005 to Present. The labor organizations

245.) Which I was directly and indirectly associated with are the

246.) National Labor Relations Board, Air Line pilots Association,

247.) American Federation of Labor & Congress of Industrial-

248.) Organizations (AFL-CIO), Automobile, Aerospace &

249.) Agricultural Implement Workers of America Union United

250.) (UAW), Bakery- Confectionary- Tobacco Workers

251.) And Grain Millers International Union, Bricklayers and Allied

252.) Craft-Workers International Union (BAC), Brotherhood of

253.) Carpenters and Joiners of America United, Change to Win

254.) Coalition, Communication Workers of America (IUECWA),

255.) National Education Association, Brotherhood of International

256.), Electrical Workers, International Union of Operating engineers

257.) (IUOE), United Farm Workers of America, National Federation

258.)of Federal-Employees Federal District 1, International Association

259.) of Fire Fighters, Association of Flight Attendants, United Food

260.) and Commercial Workers Union International (Former Member),

261.) Glass- Molders-Pottery- Plastic & Allied Workers International

262.) Union, American Federation of Government Employees, Graphic

263.) Communications Conference/International Brotherhood of

264.) Teamsters, International Association of Iron Workers-Bridge

265.) Structural- Ornamental and Reinforcing, International Union

266.) of North American Laborers, National Association of Letter

267.) Carriers, Brotherhood of Locomotive Engineers and Trail men,

268.) Longshoremen's Association, International Association of

269.) Machinist and Aerospace Workers, Brotherhood of Maintenance

270.) Of Way Employees, United Mine Workers of America,

271.) American Federation of Musicians of the United States and

272.) Canada, Newspaper Guild-Communications Workers of America,

273.) American Nurses Association, International Union of Office and

274.) Professional Employees, International Painters and Allied Trade,

275.) United Association of Journeymen and Apprentices of the

276.) Plumbing and Pipe Fitting Industry of The United States and

277.) Canada, National Fraternal Order of Police, International

278.) Union of Police Associations, American Postal Workers

279.) Union, United Union of Roofers-Water Proofers & Allied

280.) Workers, Security-Police and Fire Professionals of America,

281.)Service Employees International Union, Sheet Metal Workers

282.) International, American Federation of State-County-and

283.) Municipal Employees, United Steel Workers of America,

284.) American Federation of Teachers, International Brotherhood

282.) Of Teamsters, International Alliance of Theatrical Stage

283.) Employees-Moving Pictures- Technicians-Artist and Allied

284.) Crafts of the United States –it's Territories and Canada,

285.) Amalgamated Transit Union, Transportation-Communication

286.) International Union, Transport Workers Union of America,

287.) National Treasury Employees Union, UNITE HERE, Union,

288.) American Civil Liberties Union, Writers Guild of America West.

289.)The named Defendants conspired and  instituted for the purpose

290.) of Mutual help from the named Unions in this case Capital Stock

291.) and conduced profit to restrain me and the Co Plaintiffs.

292.) **Sections (4)**

293.) Each Defendant conspired with each other affecting labor

294.) Officers and employees of the named labor organization

294.) in this case negatively affecting commerce and trade in

295.) The United States with the intent to influence the unions

296.) actions and decisions regarding my cases in which me and the

279.) Co-Plaintiffs brought before them asking for help.

280.) I sustained traumatic emotional, physical and mental harm

281.) because of the named Defendants misconduct and violation of

282.) U.S.C. Title 29 s 186. (a) From 2005 to Present I intermittently

283.) had to live without food, clean water, freedom, helter from the

284.) elements, the right to vote for our elected officials, intimacy,

285.) privacy, a career, happiness, respect, hope, a formal

286.) education, peace, joy, family, friends, a drivers license, an

287.) automobile, public representation, private representation,

288.) money, un-employment insurance, inspiration, the pursuit of

289.) happiness, safety, security and liberty.

290.) As a result of the Defendants violation of U.S.C. Title 29 s 186. (a)

228.) The Co-Plaintiffs were overwhelmed with civil and criminal

229.) liability on part of the actions of the United States Standing

230.) Senate (Judiciary Committee), United States Senate Standing

231.) (Appropriations Committee).United States House of

232.) Representatives (Appropriations-Committee).United States House

233.) of Representatives Standing (Judiciary Committee), United States

234.) Department of the Treasury, United States Department of

235.) Homeland Security, United States Department of Commerce,

236.) United States Department of Labor and The Administrative

237.) Office of The United States Courts.

238.) All named Defendant are guilty of violation of U.S.C. Title 15 s.

239.) 18. Acquisition by one corporation of stock of another;

240.) (d) Commission Rules. Each Defendant including the Federal

241.) Trade Commission conspired against me and the Co-Plaintiffs to

242.) not work in concurrence of the Assistant Attorney General under

243.) the cusp of the Attorney General in accordance with section 553

244.) of Title 5: Rule Making. All Defendants including the Federal

245.) Trade Commission conspired to nullify the required notification

246.) under subsection (a) of this Title: Filing of this section should be

247.) in form and contain documentary material and information

248.) relevant to a proposed acquisition. This procedure was

249.) appropriate and necessary because the named Defendants-

250.) corporations  had questionable credit ratings, pending civil

251.) litigation and were under criminal investigation due to prima facie

252.) evidence in which I and the Co-Plaintiffs produced beginning in

253) the year 2005 to present. I ask the court due to the serious

254.) violations of the United States anti trust laws and disregard of the

255.) rule of law by all named defendant's under U.S.C.  Title 5 s. 553

256.) Rule Making Procedures, that the courts please take into

257.) consideration that all defendant's actions were derived with

258.) malice and forethought. I ask that they  all receive the maximum

259.) Penalty Under Title 15. s 3 prescribed by law for each violation

260.) and count. As a victim of the Defendants, I also ask the court to

261.) please impose the maximum Penalty under U.S.C. Title 15 s. 18

262.) (a); Premerger notification and waiting period (g) Civil penalty;

263.) compliance; of court. I respectfully ask the court to Reference the

264.) United States Department of Labor published June 2009

265.) statistics reporting 573.000 job losses for the United States in the

266.) first quarter of 2009.I am asserting that the actions of all named

267.) Defendants are a result of the surge in job losses in the United

268.) States due to the anti trust violations of U.S.C. Title 15 prescribed

269.) by law.

270.) I ask the court to invoke U.S.C. Title 15 s. 26 Injunctive relief

271.) for private parties; As a person, investor and agent, I am entitled

272.) to sue for and have injunctive relief, in any court in the United

273.) States having jurisdiction over the named parties- Defendants,

274.) against threatened loss or damage by the violation of antitrust

275.) laws, including sections U.S.C. Title 15 s 13., 14., 18. and 19. of

276.) this title, when and under the same conditions and principles

277.) as injunctive relief against is applicable due to the ongoing

278.) threatening conduct at present by all Defendants is un-negotiable.

279.) I am to date dependent to local churches for food. I have no home

280.) or resources to protect my life. I sustained traumatic emotional,

281.) physical and mental harm because of the named Defendants

282.) misconduct and violation of U.S.C. Title 15 s 13,14, 18 and

283.) 19. From 2005 to Present I intermittently had to live without

283.) food, clean water, freedom, helter from the elements, the right

284.) to vote for our elected officials, intimacy, privacy, a career,

285.) happiness, respect, hope, a formal education, peace, joy,

286.) family, friends, a drivers license, an automobile, public

287.) representation, private representation, money, un-employment

288.) insurance, inspiration, the pursuit of happiness, safety, security

289.) and liberty. All Defendants are guilty in conspiring to violate

290.) U.S.C. Code (Title 9) Arbitration Chapter 1 s5. Appointment of

291.) arbitrators or umpire If in the agreement provision be made for a

292.) umpire, such method of naming or appointing an arbitrator or an

293.) arbitrators or method shall be followed; but if no method be

294.) provided and any party thereto shall fall to avail himself or such

295.) method, or in any other reason there shall be lapse in the naming

296.) then of an arbitrator or arbitrators or umpire, or in fill in a

297.) vacancy, upon the application of either party to the controversy

298.) the court shall designate and appoint an arbitrator or arbitrators

299.) or umpire, as the case may require, who shall act under the

300.) said agreement with the same force and effect as if he or they

301.) had been specifically named therein; and unless otherwise

302.) provided in the agreement the arbitration shall be by a singe

303.) Arbitrator. All Defendants conspired and failed

304.)  in their duty and violated U.S. Code (Title 9) Arbitration

305.) Chapter 1 s5. Appointment of arbitrators or umpire.

306.) I sustained traumatic emotional, physical and mental harm

307.) because of the named Defendants misconduct and

308.) violation of U.S.C. Title 5 Chapter 1 s 5.

309.) From 2005 to Present I intermittently had to live without

310.) food, clean water, freedom, helter from the elements, the right

311.) to vote for our elected officials, intimacy, privacy, a career,

312.) happiness, respect, hope, a formal education, peace, joy,

313.) family, friends, a drivers license, an automobile, public

314.) representation, private representation, money, un-employment

315.) insurance, inspiration, the pursuit of happiness, safety, security

316.) and liberty.

317.) All Defendants conspired to violate U.S.C. Code (Title 11)

318.) Bankruptcy- Subchapter IV-Administrative Powers

319.) s361.Adequite Protection( All Judgments,  Debtors To The

320.) ( Perales Estate)  When adequate protection is required under

321.)Section 362,363, or 364 of this title of an interest of an entity in

322.) property, such adequate protection may be provided by –

323.) (1) requiring the trustee to make a cash payment or periodic cash

324.) payments to such entity, to the extent that the stay under section

325.) - 362 of this title, or any grant of a lien under section 363 of this

326.) title, or any grant of a lien under section 364 of this title results in

327.) a decrease of value of such entity's interest in such property.

328.) Several Corporations and individuals in my cases under U.S. and

329.) International law have or will receive judgments in the tens of

330.) millions of dollars. It is imperative that all assets including

331.) property be secured under U.S.C. Title (11) s361. At current

332.) the U.S. Department of the Treasury should have appointed

333.) a trustee acting on my behalf as an entity; (A) General

334.) Provisions/ an entity that directly or indirectly owns, controls, or

335.) holds with power to vote, 20 percent or more of the outstanding

336.) voting securities of the debtor, other than an entity that holds such

337) securities (ii) solely to secure a debt, if such entity has not in fact

338.) exercised such power to vote.

306.) I sustained traumatic emotional, physical and mental harm

307.) because of the named Defendants misconduct and

308.) violation of U.S.C. Code (Title 11)

318.) Bankruptcy- Subchapter IV-Administrative Powers

319.) s361.Adequite Protection From 2005 to Present I intermittently

309.) had to live without food, clean water, freedom, shelter

310.), from the elements, the right to vote for our elected officials

311.), intimacy, privacy, a career, happiness, respect, hope,  a formal

312.) education, peace, joy, family, friends, a drivers license,

313.) an automobile, public representation, private representation

314.), money, un-employment insurance, inspiration, the pursuit

315.) of happiness, safety, security and liberty.

316.) All Defendants Conspired to violate U.S.C. Code (Title 11 )

317.) Bankruptcy - Subchapter IV-Administrative Powers

318.) s362. Automatic Stay( All Judgments,  Debtors To The Perales

319.) Estate) (a) Except as provided in subsection (b) of this section, a

320.) petition filed under section 301,302, or 303 of this title or an

321.)application filed under section 5(a)(3) of the Securities Investor

322.) Protection Act of 1970 operates as a stay, applicable to all entities

323.) (1) of -  the commencement or continuation, including the

324.) issuance or employment of process, of a judicial, administrative,

325.)  or other action or proceedings against the debtor that was or

326.)  could have been commenced before the commencement of the

327.) case under this title, or to recover a claim against a debtor that

328.) arose before the commencement of the case under this title.

329.)(2) the enforcement , against the debtor or against property of the

330.) estate, of a judgment obtained before the commencement of the

331.) case under this title; (3) any act to obtain possession of property

332.) of the estate, or of property from the estate or exercise control

333.) over property of the estate; (4)any act to create, perfect or enforce

334.) any lien against property of the estate; (5) any act to create,

335.) perfect, or enforce against property of the debtor nay lien to the

336.) extent that such lien secures a claim that arose before the

337.) commencement of the case under title; (6)any act to collect,

338.) assess, or recover a claim against the debtor that arose before the

339.) commencement of the case under this title; (7)the setoff of any

340.) debt owing to the debtor that arose before the commencement of

341.) the case under this title  against any claim against the debtor; and

342.) (8)the commencement or continuation of a proceeding before the

343.) United States Tax court concerning the debtor.

344.)Several Corporations and individuals in my cases under U.S. and

345.)International law have or will receive judgments in the tens of

346.) millions of dollars. It is imperative that all assets including

347.) property be secured with an automatic stay under U.S.C. Title (11)

348.) s 362. At current to my knowledge the U.S. Department of the

349.) Treasury may have appointed a trustee acting on my behalf as an

350.) entity; (A) General Provisions/entity that directly or indirectly

351.) owns, controls, or holds with power to vote, 20 percent or more of

352.) the outstanding voting securities of the debtor, other than an entity

353.) that holds such securities (ii) solely to secure a debt, if such

354.) entity has not in fact exercised such power to vote.

355.)All Defendants Conspired to Violate U.SC. Code (Title 11)

356.) Bankruptcy- Subchapter IV-Administrative Powers s363.Use,sale

357.)or lease of property( All Judgments, Debtors To The Perales

358.) Estate) (a) In this section" cash collateral" means cash, negotiable

359.) instruments, documents of title, securities, deposit accounts, or

360.) other cash equivalents whenever acquired in which the estate and

361.) an entity other than the estate have an interest and includes

362.) proceeds, products, offspring, rents, or profits of property and the

363.) fees, charges, accounts or other lodging properties subject to a

364.) security interest as provided in section 552(b)of this title, whether

365.) existing before or after the commencement under this title.

366.) (b)(1) The trustee, after notice and a hearing may use ,sell or lease,

367.) other than the ordinary course of business, property of the estate.

368.) All Defendants and individuals in my cases under U.S. and

369.) International law have or will receive judgments in the tens of

370.) millions of dollars. It is imperative that all assets including

371.) property be secured with the use, sale, or lease of property and

372.) began **liquidation under U.S.C. Title (11) s363.** At current  the

373.) U.S. Department of the Treasury may have appointed a trustee

374.)  acting on my behalf as an entity; (A) General Provisions/entity

375.) that directly or indirectly owns, controls, or holds with power to

376.)  vote, 20 percent or more of the outstanding voting securities of

377.) the debtor, other than an entity that holds such securities (ii)

378.) solely to secure a debt, if such entity has not in fact exercised

379.) such power to vote.

380.) As a result of violation U.SC. Code (Title 11) Bankruptcy-

381.) Subchapter IV- Administrative Powers s363. From 2005

382.) to Present, I intermittently had to live without food, clean

383.) water, freedom, shelter, from the elements, the right to vote for

384.) our elected officials, intimacy, privacy, a career, happiness,

385.) respect, hope, a formal education, peace, joy, family, friends,

386.) a drivers license, an automobile, public representation,

387.) private representation, money, un-employment insurance,

388.) inspiration, the pursuit of happiness, safety, security and liberty.

389.) All Defendants Conspired to Violate U.S.C. Code (Title 11 )

390.) Bankruptcy –Chapter 5- Subchapter I- Creditors and Claims s501.

391.) Filing of proofs of claims or interest (All Judgments, Debtors To

392.) The Perales Estate) (a) A creditor or an indenture trustee may file

393.) a proof of claim which has not been done. An equity security

394.) holder may file a proof of interest. Several Corporations and

395.) individuals in my cases under U.S. and International law have or

396.) will receive judgments in the tens of millions of dollars. It is

397.) imperative that all judgments have filing of proofs of claims or

398.) interest under U.S.C. Title (11) s 501. At current to my

399.) knowledge the U.S. Department of the Treasury may have

400.) appointed a trustee acting on my behalf as an entity; (A) General

401.) Provisions/entity that directly or indirectly owns, controls, or

402.) holds with power to vote, 20 percent or more of the outstanding

403.) voting securities of the debtor, other than an entity that holds such

404.) securities (ii) solely to secure a debt, if such entity has not in fact

405.) exercised such power to vote. As a result of violation U.S.C.

406.) Code (Title 11 ) Bankruptcy – Chapter 5- Subchapter I- Creditors

407.) and Claims s501. Filing of proofs of claims or interest to (All

408.) Judgments, Debtors to the Perales Estate which has not been done.

409.) From 2005to Present, I intermittently had to live without food,

410.) clean water, freedom, shelter, from the elements, the right to vote

411.) for our elected officials, intimacy, privacy, a career, happiness,

412.) respect, hope, a formal education, peace, joy, family, friends,

413.) a drivers license, an automobile, public representation,

414.) private representation, money, un-employment insurance,

415.) inspiration, the pursuit of happiness, safety, security and liberty.

416.) All Defendants Conspired to Violate U.S.C. Code (Title 26) s

417.) 1017. Discharge of indebtedness (a) General Rule & (b) In

418.) General.

419.) As a result of violation U.SC. Code (Title 26) s 1017.

420.) Internal Revenue Codes From 2005

421.) to Present, I intermittently had to live without food, clean

422.) water, freedom, shelter, from the elements, the right to vote for

423.) our elected officials, intimacy, privacy, a career, happiness,

424.) respect, hope, a formal education, peace, joy, family, friends,

425.) a drivers license, an automobile, public representation,

426.) private representation, money, un-employment insurance,

427.) inspiration, the pursuit of happiness, safety, security and liberty.

428.) All Defendants Conspired to Violate U.S.C.  Code (Title 26)

429.) s 1023. Cross references see. U.S.C. (Title 26) s.301 Distributions

430.) of Property.

432.) As a result of violation U.SC. Code (Title 26) s 301.

433.) Internal Revenue Codes From 2005

434.) to Present, I intermittently had to live without food, clean

435.) water, freedom, shelter, from the elements, the right to vote for

436.) our elected officials, intimacy, privacy, a career, happiness,

437.) respect, hope, a formal education, peace, joy, family, friends,

438.) a drivers license, an automobile, public representation,

439.) private representation, money, un-employment insurance,

440.) inspiration, the pursuit of happiness, safety, security and liberty.

441.) All Defendants Conspired to Violate U.S.C.  Code (Title 26)

442.) s 302. Distributions in redemption of stock.

443.)  As a result of violation U.SC. Code (Title 26) s 302.

444.) Internal Revenue Codes From 2005

445.) to Present, I intermittently had to live without food, clean

446.) water, freedom, shelter, from the elements, the right to vote for

447.) our elected officials, intimacy, privacy, a career, happiness,

448.) respect, hope, a formal education, peace, joy, family, friends,

449.) a drivers license, an automobile, public representation,

450.) private representation, money, un-employment insurance,

451.) inspiration, the pursuit of happiness, safety, security and liberty.

452.) All Defendants Conspired to Violate U.S.C.  Code (Title 26)

453.) s 305. Distributions of stock and stock rights.

454.) As a result of violation U.SC. Code (Title 26) s 305.

455.) Internal Revenue Codes From 2005

456.) to Present, I intermittently had to live without food, clean

457.) water, freedom, shelter, from the elements, the right to vote for

458.) our elected officials, intimacy, privacy, a career, happiness,

459.) respect, hope, a  formal education, peace, joy, family, friends,

460.) a drivers license, an automobile, public representation,

461.) private representation, money, un-employment insurance,

462.) inspiration, the pursuit of happiness, safety, security and liberty.

463.) All Defendants Conspired to Violate U.S.C.  Code (Title 26)

464.) s 304. Redemption through use of related corporations (a) Treat-

465.) ment of certain stock purchases. (1) Acquisition by related

466.) corporations (other than subsidiary).

467.) As a result of violation U.SC. Code (Title 26) s 304.

468.) Internal Revenue Codes From 2005

469.) to Present, I intermittently had to live without food, clean

470.) water, freedom, shelter, from the elements, the right to vote for

471.) our elected officials, intimacy, privacy, a career, happiness,

472.) respect, hope, a formal education, peace, joy, family, friends,

473.) a driver license, an automobile, public representation,

474.) private representation, money, un-employment insurance,

475.) inspiration, the pursuit of happiness, safety, security and liberty.

476.) All Defendants Conspired to Violate U.S.C.  Code (Title 26)

477.) s 306. Internal Revenue Code

478.). Dispositions of certain stock (a) General rule (1)

479.) Dispositions other than redemptions.

480.) As a result of violation U.SC. Code (Title 26) s 306.

481.) Internal Revenue Codes From 2005

482.) to Present, I intermittently had to live without food, clean

483.) water, freedom, shelter, from the elements, the right to vote for

484.) our elected officials, intimacy, privacy, a career, happiness,

485.) respect, hope, a formal education, peace, joy, family, friends,

486.) a driver license, an automobile, public representation,

487.) private representation, money, un-employment insurance,

488.) inspiration, the pursuit of happiness, safety, security and liberty.

489.) All Defendants Conspired to Violate U.S.C. Code (Title 26)

490.) s 311. Taxability of corporations on distribution.

491.) As a result of violation U.SC. Code (Title 26) s 311.

492.) Internal Revenue Codes From 2005

493.) to Present, I intermittently had to live without food, clean

494.) water, freedom, shelter, from the elements, the right to vote for

495.) our elected officials, intimacy, privacy, a career, happiness,

496.) respect, hope, a formal education, peace, joy, family, friends,

497.) a driver license, an automobile, public representation,

498.) private representation, money, un-employment insurance,

499.) inspiration, the pursuit of happiness, safety, security and liberty.

500.) All Defendants conspired to conceal violations to U.S.C.

501.) Title 26 Internal Revenue codes many resulting in felonies.

502.) All named Defendants concealed the felonies and were

503.) accessories after the fact. The Internal Revenue Codes

504.) cited in this complaint occurred by the Defendants from

505.) the year 2006 to 2008.

506.) All Defendants Conspired to Violate U.S.C. Code (Title 22)

507.) Subchapter X – Nuclear Nonproliferation Controls.

508.) s. 2799 aa. Nuclear enrichment transfers.(a) Prohibitions;

509.) safeguards and management.

510.) As a result of violation U.SC. Code (Title 22) s 2799.

511.) Subchapter X – Nuclear Nonproliferation Controls. From 2005

512.) to Present, I intermittently had to live without food, clean

513.) water, freedom, shelter, from the elements, the right to vote for

514.) our elected officials, intimacy, privacy, a career, happiness,

515.) respect, hope, a formal education, peace, joy, family, friends,

516.) a driver license, an automobile, public representation,

517.) private representation, money, un-employment insurance,

518.) inspiration, the pursuit of happiness, safety, security and liberty.

519.) All Defendants Conspired to Violate U.S.C. (Title 22)

520.) s 2804. Establishment of standards and criteria; publication in the

521.) Federal Register. (a) All named Defendants conspired in the

522.) failure of the Secretary of Commerce to not appropriately

523.) authorize, direct to establish and maintain standards, definitions,

524.) and criteria which are adequate to carry out the purposes of

525.) of section U.S.C. (Title 22) s 2802. (a) Federal recognition;

526.). Eligibility requirements.(1) a report by the Secretary of

527.) Commerce. And U.S.C. (Title 22) s 2803.(a) Congressional

44

528.) authorization; proposals. As a result of violation U.SC.(Title 22)

511.) s 2804. Foreign Relations And Intercourse. From 2005

512.) to Present, I intermittently had to live without food, clean

513.) water, freedom, shelter, from the elements, the right to vote for

514.) our elected officials, intimacy, privacy, a career, happiness,

515.) respect, hope, a formal education, peace, joy, family, friends,

516.) a driver license, an automobile, public representation,

517.) private representation, money, un-employment insurance,

518.) inspiration, the pursuit of happiness, safety, security and liberty.

519.) All Defendants Conspired to Violate U.S.C.  (Title 22) Chapter

520.) 43 – International Broadcasting s 2871. Congressional findings

521.) and declaration of purpose. All defendants conspired to violate

522.)  united States policy to promote the right of freedom of opinion,

523.) and expression, including the freedom " to seek and receive, and

524.) impart information and ideas through any media regardless of

525.) frontiers," in accordance of article 19 of the Universal Declaration

526.) of Human Rights. As a result of violation U.SC.(Title 22)

527.) Chapter 43 – International Broadcasting s 2871.

528.)  Foreign Relations And Intercourse. From 2005

529.) to Present, I intermittently had to live without food, clean

530.) water, freedom, shelter, from the elements, the right to vote for

531.) our elected officials, intimacy, privacy, a career, happiness,

532.) respect, hope, a formal education, peace, joy, family, friends,

533.) a driver license, an automobile, public representation,

534.) private representation, money, un-employment insurance,

535.) inspiration, the pursuit of happiness, safety, security and liberty.

536.) As a result of the named Defendants violation of U.S.C. (Title

537.) 22) starting in the year 2005 to present The United States Of

538.) America facilitated injurious acts upon me as an individual and

539.) produced unfriendly relations in other countries around the world.

540.) All Defendants conspired to violate U.S.C. Code (Title 5) s 554.

541.) Adjudications. At no point from the year 2005 to present have I

542.) been informed regarding the controversy in questions or notified

543.) of any moving party adjudications hearings or notices with intent.

544.)As a result of violation U.SC.(Title 5) s 554. Adjudications

527.) Government Organization And Employees. From 2005

528.) to Present, I intermittently had to live without food, clean

529.) water, freedom, shelter, from the elements, the right to vote for

530.) our elected officials, intimacy, privacy, a career, happiness,

531.) respect, hope, a formal education, peace, joy, family, friends,

532.) a driver license, an automobile, public representation,

533.) private representation, money, un-employment insurance,

534.) inspiration, the pursuit of happiness, safety, security and liberty.

1.) Honorable Clerk of the Court I am asking relief in the amount

2.) of $ 125.000.000.000.00 dollars ( One hundred and Twenty Five

3.) Billion U.S. Dollars to be divided amongst the Plaintiff me and

4.) the Co- Plaintiffs citing the violations to the United States Codes

5.) in which were noted and submitted to the court in this Complaint

6.) as to the Court deems applicable and just.

5.) Upon the ruling and said judgments I ask to enter a plea of

6.) Collateral estoppel on all U.S.C. rules in which were violated and

7.) outlined in this complaint ; in order to protect the interest of all

8.) Plaintiffs including the United States of America.

9.) The End.

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT


AZAEL DYTHIAN PERALES *(Presiding Chief Counsel & Plaintiff)*
   Post Office Box 501
   Fullerton, California 92836

DEPARTMENT OF JUSTICE / Office Of General Counsel
   Division/ Attorney General – Mr. Eric H. Holder Jr.
   950 Pennsylvania Avenue, N.W.
   Washington, D.C. 20530

DEPARTMENT OF JUSTICE / Office Of Inspector General
   Division/ Attorney General – Mr. Eric H. Holder, Jr.
   950 Pennsylvania Avenue, N.W.
   Washington, D.C. 20530


DEPARTMENT OF JUSTICE / Office Of Civil Rights Division
   Attorney General – Mr. Eric H. Holder, Jr.
   950 Pennsylvania Avenue, N.W.
   Washington, D.C. 20530


DEPARTMENT OF JUSTICE / Office Of Anti Trust Division /
   Attorney General – Mr. Eric H. Holder, Jr.
   950 Pennsylvania Avenue, N.W.
   Washington, D.C. 20530


DEPARTMENT OF JUSTICE / Office Of Bureau Of Prisons
   Division / Attorney General – Mr. Eric H. Holder, Jr.
   950 Pennsylvania Avenue, N.W.
   Washington, D.C. 20530

DEPARTMENT OF JUSTICE / Office Of Dispute Resolutions /
   Attorney General – Mr. Eric H. Holder, Jr.
   950 Pennsylvania Avenue, N.W.
   Washington, D.C. 20530


DEPARTMENT OF JUSTICE / Office Of Racial Conflict
   Division / Attorney General – Mr. Eric H. Holder, Jr.
   950 Pennsylvania Avenue, N.W.
   Washington, D.C. 20530


DEPARTMENT OF JUSTICE / Office Of Drug Enforcement
   Division / Attorney General – Mr. Eric H. Holder, Jr.
   950 Pennsylvania Avenue, N.W.
   Washington, D.C. 20530


DEPARTMENT OF JUSTICE / Office Of Environment & Natural
   Resources Division / Attorney General – Mr. Eric H. Holder, Jr.
   950 Pennsylvania Avenue, N.W.
   Washington, D.C. 20530


DEPARTMENT OF JUSTICE / Executive Office Of The United
   States Attorney's Office Division /
   Attorney General – Mr. Eric H. Holder, Jr.
   950 Pennsylvania Avenue, N.W.
   Washington, D.C. 20530


DEPARTMENT OF JUSTICE / Executive Office For
   Immigration Review Division /
   Attorney General – Mr. Eric H. Holder, Jr.
   950 Pennsylvania Avenue, N.W.
   Washington, D.C. 20530

DEPARTMENT OF JUSTICE / Executive Office For
  Justice Management Division/
  Attorney General – Mr. Eric H. Holder, Jr.
  950 Pennsylvania Avenue, N.W.
  Washington, D.C. 20530


DEPARTMENT OF JUSTICE /  Executive Office For
  United States Trustees Division
  Attorney General – Mr. Eric H. Holder, Jr.
  950 Pennsylvania Avenue, N.W.
  Washington, D.C. 20530


DEPARTMENT OF JUSTICE /  Federal Bureau Of Investigation
  Division /Attorney General – Mr. Eric H. Holder, Jr.
  950 Pennsylvania Avenue, N.W.
  Washington, D.C. 20530


DEPARTMENT OF JUSTICE / Intelligence Policy And Review
  Division/ Attorney General – Mr. Eric H. Holder, Jr.
  950 Pennsylvania Avenue, N.W.
  Washington, D.C. 20530


DEPARTMENT OF JUSTICE /  Information And Privacy
  Division /   Attorney General – Mr. Eric H. Holder, Jr.
  950 Pennsylvania Avenue, N.W.
  Washington, D.C. 20530


DEPARTMENT OF JUSTICE /  Justice Management Division /
  Attorney General – Mr. Eric H. Holder, Jr.
  950 Pennsylvania Avenue, N.W.
  Washington, D.C. 20530

DEPARTMENT OF JUSTICE / Justice Programs Division /
    Attorney General – Mr. Eric H. Holder, Jr.
    950 Pennsylvania Avenue, N.W.
    Washington, D.C. 20530


DEPARTMENT OF JUSTICE / Legal Counsel Division /
    Attorney General – Mr. Eric H. Holder, Jr.
    950 Pennsylvania Avenue, N.W.
    Washington, D.C. 20530


DEPARTMENT OF JUSTICE / Legislative Affairs Division/
    Attorney General – Mr. Eric H. Holder, Jr.
    950 Pennsylvania Avenue, N.W.
    Washington, D.C. 20530


DEPARTMENT OF JUSTICE / National Drug Intelligence
    Center Division /
    Attorney General – Mr. Eric H. Holder, Jr.
    950 Pennsylvania Avenue, N.W.
    Washington, D.C. 20530


DEPARTMENT OF JUSTICE / Pardon Attorney Division
    Attorney General – Mr. Eric H. Holder, Jr.
    950 Pennsylvania Avenue, N.W.
    Washington, D.C. 20530


DEPARTMENT OF JUSTICE / Professional Responsibility
    Division /   Attorney General – Mr. Eric H. Holder, Jr.
    950 Pennsylvania Avenue, N.W.
    Washington, D.C. 20530

DEPARTMENT OF JUSTICE / Tax Division
     Attorney General – Mr. Eric H. Holder, Jr.
     950 Pennsylvania Avenue, N.W.
     Washington, D.C. 20530


DEPARTMENT OF JUSTICE / United States National
     Central Bureau-Interpol Division /
     Attorney General – Mr. Eric H. Holder, Jr.
     950 Pennsylvania Avenue, N.W.
     Washington, D.C. 20530


DEPARTMENT OF JUSTICE / United States Parole
     Commission Division /
     Attorney General – Mr. Eric H. Holder, Jr.
     950 Pennsylvania Avenue, N.W.
     Washington, D.C. 20530


                                                  Plaintiff(s),


          VS.

                              Docket   No.___ _____ _____


Lowe's Companies, Incorporated
     President & Chief Executive Officer - Mr. Robert A. Niblock
     Qualified Benefits Plans, PR9
     Post Office Box 1111
     North Wilkesboro , North Carolina 28656


Wal-Mart Stores, Incorporated
     President  & Chief Executive Officer - Mr. Mike Duke
     702 SW 8th Street
     Bentonville , Arkansas 72716-8611


                                                            53

Sam's Club, Company- A Division of Wal-Mart, Incorporated
President & Chief Executive Officer - Mr. Brian Cornell
608 SW 8th St.
Bentonville , AR 72712-6097

MetLife Stable Value, Company
President & Chief Executive Officer - Mr. C. Robert Henrikson
200 Park Ave.
New York , NY 10166-0188

Vanguard Conservative Growth, Incorporated
President & Chief Executive Officer - Mr. F. William McNabb III
20 Burton Hills Blvd., Ste. 100
Nashville , TN 37215

Vanguard Moderate Growth, Incorporated
President & Chief Executive Officer - F. William McNabb III
20 Burton Hills Blvd., Ste. 100
Nashville , TN 37215

Vanguard Growth, Incorporated
President & Chief Executive Officer - Mr. F. William McNabb III
20 Burton Hills Blvd., Ste. 100
Nashville , TN 37215

Vanguard Institutional Index, Incorporated
President & Chief Executive Officer - Mr. F. William McNabb III
20 Burton Hills Blvd., Ste. 100
Nashville , TN 37215

Fidelity Equity Income, Incorporated
   100 Crosby Parkway
   Covington , KY 41015
President & Chief Executive Officer - Mr. Edward Crosby Johnson III


Fidelity Magellan
   100 Crosby Parkway
   Covington , KY 41015
President & Chief Executive Officer - Mr. Edward Crosby Johnson III


American Century Ultra, American Century Investments
   Incorporated
   PO Box 419200
   Kansas City, MO 64141-6200
   President & Chief Executive Officer - Mr. Jonathan Thomas


American Century Value, Incorporated American Century
   Investments Incorporated
   PO Box 419200
   Kansas City, MO 64141-6200
   President & Chief Executive Officer - Mr. Jonathan Thomas


T. Rowe Price Mid –Cap Growth, Incorporated
   President & Chief Executive Officer - Mr. James Kennedy
   100 East Pratt Street
   Baltimore, Maryland 21202


Franklin Bal. Sheet Inv., Franklin Resources Incorporated
   President & Chief Executive Officer - Mr. Gregory E. Johnson
   One Franklin Parkway
   San Mateo, CA 94403

Pioneer Growth Opportunity, Pioneer Investment Management
Incorporated
President & Chief Executive Officer – Mr. Daniel K. (Dan)
Kingsbury

30 Dan Rd.
Canton, MA 02021-2809 &

60 State Street
Boston, MA 02109


American Century International, American Century Intl Growth C
Incorporated
President & Chief Executive Officer - Mr. Jonathan Thomas
4500 Main Street
Kansas City MO 64111


Lowe's Stock, Incorporated
President & Chief Executive Officer Mr. Robert A. Niblock
Qualified Benefits Plans, PR9
Post Office Box 1111
North Wilkesboro , North Carolina 28656


Administrative Office Of The United States Court
Director – Mr. James C. Duff
Washington, D.C. 20544


United States Department Of Labor
U.S. Secretary Of Labor – Ms. Hilda L. Solis
200 Constitution Avenue , N.W.
Washington, D.C. 20210


United States Department Of Commerce
U.S. Secretary Of Commerce – Mr. Gary Locke
1401 Constitution Avenue, N.W.
Washington, D.C. 20230

United States Department Of Homeland Security
U.S. Secretary Of Homeland Security – Ms. Janet Napolitano
Washington, D.C. 20528


United States Department Of The Treasury
U.S. Secretary of The Treasury – Mr. Timothy F. Geithner
1500 Pennsylvania Avenue, N.W.
Washington, D. C. 20220


United States House Of Representatives (Judiciary Committee)
Chairman – Mr. John Conyers, Jr.
2138 Rayburn House Office Building
Washington, D.C. 20515

United States House Of Representatives (Appropriations-
Committee)
Chairman – Mr. David R. Obey
H 218 Capitol Building
Washington, D.C. 20515

United States Senate (Judiciary Committee)
Chairman – Mr. Patrick J. Leahy
224 Dirksen Senate Office Building
Washington, D.C. 20510


United States Senate (Appropriations Committee)
Chairman – Mr. Robert C. Byrd
S 128 Capitol Building
Washington, D.C. 20510

Defendant(s),